**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 SEP -9 P 5:01

UNITED STATES OF AMERICA

v.

JOSHUA BRYDON

No. 1:26-cr-00101-JAW

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Transportation of Explosives with Intent to Injure or Intimidate any Individual, or to Destroy Property)**

Between about March 21, 2023, and about March 30, 2023, in the District of Maine and elsewhere, the defendant,

**JOSHUA BRYDON**

transported, received and attempted to transport and receive in interstate and foreign commerce, explosive materials, to wit, one pallet of assorted fireworks containing explosive and incendiary materials, with knowledge and intent that the said explosive materials would be used to injure and intimidate Individual A, Individual B, Individual C, and Individual D and to unlawfully damage and destroy, a building, vehicle, real property and personal property associated with Individual A, Individual B, Individual C, and Individual D.

All in violation of Title 18, United States Code, Section 844(d).

**COUNT 2**
**(Possession of an Unregistered Destructive Device)**

Between about June 15 and about June 16, 2023, in the District of Maine, the defendant,

**JOSHUA BRYDON**

knowingly possessed a firearm, namely a destructive device as defined in 18 U.S.C. § 5845(a)(8) and (f), not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNTS 3 THROUGH 16**
**(Operating as an Airman Without an Airman's Certificate)**

On the dates set forth as to each count below, in the District of Maine, defendant

**JOSHUA BRYDON**

knowingly and willfully served as an airman without an airman's certificate authorizing him to serve in that capacity:

| Count | Date |
|---|---|
| 3 | June 15, 2022 |
| 4 | April 11, 2023 |
| 5 | April 22, 2023 |
| 6 | April 27, 2023 |
| 7 | May 15, 2023 |
| 8 | May 16, 2023 |
| 9 | May 31, 2023 |

| | |
|---|---|
| **10** | **June 5, 2023** |
| **11** | **June 11, 2023** |
| **12** | **June 16, 2023** |
| **13** | **August 3, 2023** |
| **14** | **September 28, 2023** |
| **15** | **October 23, 2023** |
| **16** | **February 7, 2024** |

All in violation of Title 49, United States Code, Section 46306(b)(7).

**COUNTS 17 THROUGH 32**
**(Owning an Aircraft that is Knowingly Operated when the Aircraft Is Not Registered)**

On about the dates set forth below, in the District of Maine, the defendant

**JOSHUA BRYDON**

owned an aircraft, as defined in Title 49, Section 40102(a)(6), that weighed more than .55 pounds and was eligible for registration under the terms of Title 49, and knowingly and willfully operated or allowed another to operate that aircraft when the aircraft was not registered:

| **Count** | **Date** |
|---|---|
| **17** | **June 15, 2022** |
| **18** | **April 11, 2023** |
| **19** | **April 22, 2023** |

| | |
|---|---|
| 20 | April 27, 2023 |
| 21 | May 15, 2023 |
| 22 | May 16, 2023 |
| 23 | June 5, 2023 |
| 24 | June 11, 2023 |
| 25 | June 16, 2023 |
| 26 | August 3, 2023 |
| 27 | September 27, 2023 |
| 28 | September 30, 2023 |
| 29 | October 6, 2023 |
| 30 | October 24, 2023 |
| 31 | February 7, 2024 |
| 32 | April 7, 2024 |

All in violation of Title 49, United States Code, Section 46306(b)(5)(A)).

**COUNTS 33 AND 34**
**(Operating an Aircraft when the Aircraft Is Not Registered)**

On about the dates set forth below, in the District of Maine, the defendant

**JOSHUA BRYDON**

knowingly and willfully operated an aircraft, as defined in Title 49, Section 40102(a)(6), that weighed more than .55 pounds and was eligible for registration under the terms of Title 49, when the aircraft was not registered:

| Count | Date |
|---|---|
| 33 | May 15, 2023 |
| 34 | June 10, 2023 |

All in violation of Title 49, United States Code, Section 46306(b)(6)(A).

## FORFEITURE NOTICES

### First Forfeiture Notice

Upon conviction of the offense in violation of Title 18, United States Code, Section 844, set forth in Count One of this Indictment, the defendant

**JOSHUA BRYDON**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 884(c), any explosive materials involved or used, or intended to be used, in the offenses.

All pursuant to Title 18, United States Code, Section 844.

### Second Forfeiture Notice

Upon conviction of the offense in violation of Title 26, United States Code, Section 5861, set forth in Count Two of this Indictment, the defendant

**JOSHUA BRYDON**

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm involved in the offenses. The property to be forfeited includes, but is not limited to, any destructive device involved in the offenses.

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

**Third Forfeiture Notice**

Upon conviction of one or more of the offenses in violation of Title 49, United States Code, Section 46306, set forth in Counts 3 through 34 of this Indictment, the defendant

**JOSHUA BRYDON**

shall forfeit to the United States, pursuant to Title 49, United States Code, Section 46306(d)(1), and Title 28, United States Code, Section 2461(c), any aircraft whose use is related to the offenses or to aiding or facilitating the offenses. The property to be forfeited includes, but is not limited to:

a. One DJI Mavic Air 2, No. 3N3BH8801205HM;

b. One DJI Air 2S, No. 3YT7L2H003B8R5;

c. One DJI Air 2S, No. 3YT8L89003P0Y8; and

d. One DJI Air 2S, No. 3YT7L1A003A1JP.

If any of the property described in above as being forfeitable pursuant to Title 49, United States Code, Section 46306(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 49, United States Code, Section 46306(d), and Title 28, United States Code, Section 2461.

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

Date: 9/9/26

(Assistant) United States Attorney