1:26-cr-00101-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 SEP -9 P 5:01

## Synopsis

| | |
|---|---|
| **Name:** | **Joshua Brydon** |
| **Address:**<br>**(City & State Only)** | **Woodland, Maine** |
| **Year of Birth and Age:** | **1986/39** |
| **Violations:** | **Count 1:** Transportation of Explosives, 18 U.S.C. § 844(d)<br>**Count 2:** Possession of Unregistered Destructive Device; 26 U.S.C. § 5861(d)<br>**Counts 3 to 16:** Operating without Airman's Certificate; 49 U.S.C. § 46306(b)(7)<br>**Counts 17 to 32:** Owning Unregistered Aircraft; 46306(b)(5)(A)<br>**Counts 33 & 34:** Operating Unregistered Aircraft; 46306(b)(6)(A) |
| **Penalties:** | **Count 1:** Not more than 10 years in prison, a $250,000 fine, or both; 18 U.S.C. §§ 844(d) and 3571; Class C Felony<br>**Count 2:** Not more than 10 years in prison, a $250,000 fine, or both; 26 U.S.C. § 5871 and 18 U.S.C. § 3571; Class C Felony<br>**Counts 3 to 34:** Up to 3 years in prison, a fine of $250,00, or prison and a fine; 49 U.S.C. 46306(b) and 18 U.S.C. § 3571; Class E Felony |
| **Supervised Release:** | **Counts 1 & 2:** Up to 3 years; 18 U.S.C. § 3583(b)(2)<br>**Counts 3 to 34:** Up to 1 year; 18 U.S.C. § 3583(b)(3) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 & 2:** Up to 2 years; 18 U.S.C. §3583(e)(3)<br>**Counts 3 to 34:** Up to 1 year; 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 & 2:** Up to 3 years; 18 U.S.C. §3583(h)<br>**Counts 3 to 34:** Up to 1 year; 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | **Jeremy Pratt, Esq.** |
| **Primary Investigative Agency and Case Agent Name:** | **FBI, SA Sean Murphy** |

| | |
|---|---|
| **Detention Status:** | **Not in custody; To be noticed through counsel** |
| **Foreign National:** | **No** |
| **Foreign Consular Notification Provided:** | **N/A** |
| **County:** | **Aroostook** |
| **AUSA:** | **Ruge** |
| **Guidelines apply? Y/N** | **Y** |
| **Victim Case:** | **Y** |
| **Corporate Victims Owed Restitution? Y/N** | **N** |
| **Assessments:** | **$100 per count; 18 U.S.C. § 3013** |
| **Forfeiture? Y/N** | **Y** |